IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON L. CALLIER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | **CAUSE NO. EP-23-CV-391-KC** |
| **LEXINGTON CAPITAL HOLDINGS LLC et al.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. 13. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 12th day of December, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE